THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>BASIN MASONRY, INC.; VANKO GROUP LLC D/B/A BLONJ EXTERIOR CONTRACTORS; BONNEVILLE CAULKING & WATERPROOFING LLC; BOSWELL WASATCH MILL, LLC, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:24-cv-00818-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff, Zurich American Insurance Company and Fidelity and Deposit Company of Maryland, moves the court for leave to file first amended complaint.[1] The court will grant the motion.

Federal Rule 15(a)(2) provides that a "party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."[2] On September 24, 2025, the court granted Plaintiff 60 days form the date of that order to file a motion to amend pleadings and a motion to join additional parties. Plaintiff's instant motion is within that time frame and Defendants have not filed any opposition.

Accordingly, the Motion is GRANTED.

---

[1] ECF No. 118.

[2] Fed. R. Civ. P. 15.

DATED this 10 December 2025.

_____
Dustin B. Pead
United States Magistrate Judge